IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE HUFFMAN, JUSTIN ACKERS, CAITLYN HALL, and BENJAMIN CHAMBERS-MAHER<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, and MICHAEL BURKE, EDWARD JOSEPH NOLAN, and MICHAEL J. MCMANUS, in their individual capacities,<br><br>Defendants. | Case No. 1:21-CV-10986-ADB |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

In accordance with L.R. 83.5.2, please enter the appearance of Nieve Anjomi as attorney for Michael J. McManus in the above-captioned case.

Respectfully submitted,

DEFENDANT, MICHAEL J. MCMANUS

Henry C. Luthin

Corporation Counsel

By his attorney:

*/s/ Nieve Anjomi*
Nieve Anjomi, BBO #651212
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4098
Nieve.Anjomi@boston.gov

## CERTIFICATE OF SERVICE

     I, Nieve Anjomi, hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.

Date: July 6, 2021                          */s/ Nieve Anjomi*
                                                Nieve Anjomi