IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JASMINE HUFFMAN, JUSTIN ACKERS,
CAITLYN HALL, and BENJAMIN
CHAMBERS-MAHER

Plaintiffs,

v.

CITY OF BOSTON, and MICHAEL BURKE,
EDWARD JOSEPH NOLAN, and MICHAEL
J. MCMANUS, in their individual capacities,

Defendants.

Case No. 1:21-CV-10986-ADB

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

In accordance with L.R. 83.5.2, please enter the appearance of Nieve Anjomi

as attorney for the City of Boston in the above-captioned case.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON

By its attorneys:

Henry C. Luthin

Corporation Counsel

*/s/ Nieve Anjomi*
Nieve Anjomi, BBO #651212
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4098
Nieve.Anjomi@boston.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Nieve Anjomi, hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.


Date: July 8, 2021                    */s/ Nieve Anjomi*
                                      Nieve Anjomi