**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| JASMINE HUFFMAN, JUSTIN ACKERS, CAITLYN HALL, and BENJAMIN CHAMBERS-MAHER, | ) ) ) ) ) |
| Plaintiffs, | ) C.A. 21-10986-ADB |
| v. | ) ) ) |
| CITY OF BOSTON, and MICHAEL BURKE, EDWARD JOSEPH NOLAN, and MICHAEL J. MCMANUS, in their individual capacities, | ) ) ) ) |
| Defendants. | ) ) |

_____

## MOTION TO EXTEND TIME FOR SERVICE ON DEFENDANT MICHAEL BURKE

    Plaintiffs move this court to extend the time for serving Defendant Michael Burke by 45 days because he is currently on active duty in the military outside of the United States. As grounds for this motion Plaintiffs state the following:

1. The complaint in this case was filed on June 14, 2021.

2. The Defendant City of Boston agreed to waive service for the City and for Defendants Edward Joseph Nolan and Michael J. McManus.

3. Plaintiffs have filed the waiver of service form signed by counsel for the City of Boston. The City's answer is due by August 16, 2021.

4. Counsel for the City of Boston informed Plaintiffs' counsel that Defendant Burke is currently on active duty in the military outside of the United States and he may not return within ninety days of the date the complaint was filed.

5. Because Defendant Burke is on active military duty outside of the United States, Plaintiffs are unable to serve him. Plaintiffs will serve him as soon as they learn he is no longer on active military duty and is in the United States.

6. Counsel for Defendants City of Boston and Michael J. McManus said they do not oppose this motion.

WHEREFORE, Plaintiffs move this court to extend the time for serving Defendant Michael Burke by 45 days, allowing service on Defendant Burke up to October 27, 2021.

RESPECTFULLY SUBMITTED,
For the Plaintiffs,
By their attorneys,


/s/ Howard Friedman
Howard Friedman, BBO #180080
**Law Offices of Howard Friedman PC**
1309 Beacon Street, Suite 300
Brookline, MA 02446
(617) 742-4100
hfriedman@civil-rights-law.com


/s/ Mark Loevy-Reyes
Mark Loevy-Reyes, BBO No. 707974
**Loevy & Loevy**
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902
mark@loevy.com

Dated: July 8, 2021


**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date:   July 8, 2021            /s/ Howard Friedman
                                Howard Friedman

**CERTIFICATE PURSUANT TO L.R. 7.1**

I certify that prior to filing this motion I conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised herein. Counsel for Defendants City of Boston and Michael J. McManus said they do not oppose this motion.

Date: July 8, 2021 /s/ Howard Friedman
Howard Friedman