IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JASMINE HUFFMAN, JUSTIN ACKERS,
CAITLYN HALL, and BENJAMIN
CHAMBERS-MAHER

　　　　Plaintiffs,

　　　　v.

CITY OF BOSTON, and MICHAEL BURKE,
EDWARD JOSEPH NOLAN, and MICHAEL
J. MCMANUS, in their individual capacities,

　　　　Defendants.

Case No. 1:21-CV-10986-ADB

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

　　　　In accordance with L.R. 83.5.2, please enter the appearance of Nieve Anjomi

as attorney for Edward Joseph Nolan in the above-captioned case.

　　　　　　　　Respectfully submitted,

　　　　　　　　DEFENDANT, EDWARD JOSEPH NOLAN

　　　　　　　　By his attorneys:

　　　　　　　　Henry C. Luthin
　　　　　　　　Corporation Counsel


　　　　　　　　*/s/ Nieve Anjomi*
　　　　　　　　Nieve Anjomi, BBO #651212
　　　　　　　　Senior Assistant Corporation Counsel
　　　　　　　　City of Boston Law Department
　　　　　　　　Room 615, City Hall
　　　　　　　　Boston, MA 02201
　　　　　　　　(617) 635-4098
　　　　　　　　Nieve.Anjomi@boston.gov

## CERTIFICATE OF SERVICE

I, Nieve Anjomi, hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.

Date: July 8, 2021          _/s/ Nieve Anjomi_
                            Nieve Anjomi