IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASMINE HUFFMAN, JUSTIN ACKERS, CAITLYN HALL, and BENJAMIN CHAMBERS-MAHER<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, and MICHAEL BURKE, EDWARD JOSEPH NOLAN, and MICHAEL J. MCMANUS, in their individual capacities,<br><br>Defendants. | Case No. 1:21-CV-10986-ADB |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

In accordance with L.R. 83.5.2, please enter the appearance of Erika P. Reis as attorney for the City of Boston, Edward Nolan and Michael McManus in the above-captioned case.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON, EDWARD NOLAND AND MICHAEL MCMANUS

By their attorneys:

Henry C. Luthin

Corporation Counsel

*/s/ Erika P. Reis*
Erika P. Reis, BBO #669930
Senior Assistant Corporation Counsel
City of Boston Law Department

1

Room 615, City Hall  
Boston, MA 02201  
(617) 635-4031  
Erika.Reis@boston.gov

## **CERTIFICATE OF SERVICE**

    I, Erika P. Reis, hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.

Date: July 12, 2021                     */s/ Erika P. Reis*  
                                          Erika P. Reis