# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
JASMINE HUFFMAN, JUSTIN ACKERS, )
CAITLYN HALL, and BENJAMIN CHAMBERS- )
MAHER, )
)
      Plaintiffs, )  C.A. 21-10986-ADB
)
      v. )
)
CITY OF BOSTON, and MICHAEL BURKE, )
EDWARD JOSEPH NOLAN, and MICHAEL )
J. MCMANUS, in their individual capacities, )
)
      Defendants. )
_____ )

## L.R. 16.1(D)(3) CERTIFICATE OF PLAINTIFF
## JASMINE HUFFMAN

I, Jasmine Huffman, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition, we have conferred regarding resolution of this case through alternative dispute resolution.

Date: June 17, 2021      /s/ Jasmine Huffman
                                      Jasmine Huffman

I, Howard Friedman, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

Date: August 19, 2021      /s/ Howard Friedman
                                        Howard Friedman

## CERTIFICATE OF SERVICE

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 8/20/2021        /s/ Howard Friedman
                       Howard Friedman