# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

JASMINE HUFFMAN, JUSTIN ACKERS,
CAITLYN HALL, and BENJAMIN CHAMBERS-
MAHER,

      Plaintiffs,

v.

CITY OF BOSTON, and MICHAEL BURKE,
EDWARD JOSEPH NOLAN, and MICHAEL
J. MCMANUS, in their individual capacities,

      Defendants.
_____

C.A. 21-10986-ADB

## L.R. 16.1(D)(3) CERTIFICATE OF PLAINTIFF JUSTIN ACKERS

I, Justin Ackers, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition, we have conferred regarding resolution of this case through alternative dispute resolution.

Date: August 12, 2021      /s/ Justin Ackers
                                         Justin Ackers

I, Howard Friedman, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

Date: August 19, 2021      /s/ Howard Friedman
                                         Howard Friedman

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 8/20/2021  /s/ Howard Friedman
　　　　　　　　　Howard Friedman