UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.1:21-cv-10986

JASMINE HUFFMAN, JUSTIN ACKERS, CAITLYN HALL, and BENJAMIN CHAMBERS-MAHER

    Plaintiffs,

v.

CITY OF BOSTON, and MICHAEL BURKE, EDWARD JOSEPH NOLAN, and MICHAEL J. MCMANUS, in their individual capacities,

    Defendants.

## DEFENDANTS' ASSENTED-TO MOTION FOR A THREE-DAY ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), the Defendants in the above-captioned case respectfully move this Honorable Court for an enlargement of time up to and including September 2, 2021, to respond to Plaintiffs' First Amended Complaint. This is a three-day enlargement of time. As grounds for this Motion, the Defendants state as follows:

1. Plaintiffs filed their First Amended Complaint on August 14, 2021. Counsel for the Defendants have various vacations planned for the latter half of August.

2. Undersigned counsel conferred with counsel for Plaintiffs on August 26, 2021, and counsel for Plaintiffs agreed to the relief requested in this motion.

3. Counsel anticipates that an enlargement of time up to and including September 2, 2021, will provide a sufficient amount of time to respond to the Complaint.

**WHEREFORE**, Defendants respectfully request that this Motion be allowed and that they be granted an extension of time, up to and including September 2, 2021, to respond to Plaintiffs' Complaint in this matter.

Respectfully submitted,

Defendants,
City of Boston, Edward Joseph Nolan, and Michael McManus
By their attorneys,

Henry C. Luthin
Corporation Counsel


/s/ *Randall Maas*

Erika Reis BBO# 669930
Senior Assistant Corporation Counsel
Nieve Anjomi BBO# 651212
Senior Assistant Corporation Counsel
Randall Maas BBO#684832
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
Erika.Reis@boston.gov
Nieve.Anjomi@boston.gov
Randall.Maas@boston.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 27, 2021


| August 27, 2021 | /s/ *Randall Maas* |
|---|---|
| Date | Randall Maas |