UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No:
21-10986-ADB

Jasmine Huffman et al

v.

City of Boston et al

## SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

The Court having been advised by the ADR provider that the above captioned action

has settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within 45 days if

settlement is not consummated.

By the Court,

 /s/ Karen Folan
Deputy Clerk

4/27/2026

To: All Counsel